CVC.25752

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **RICKY R. FOWLER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO.** __3:21-cv-778__ |
| | § | |
| **FITNESS INTERNATIONAL, LLC** | § | |
| **d/b/a LA FITNESS,** | § | |
| **Defendant.** | § | |

## DEFENDANT'S INDEX OF DOCUMENTS

The following Exhibits are relied upon and incorporated by reference in Defendant's Notice of Removal:

    A.  Civil Cover Sheet;

    B.  Supplemental Civil Cover Sheet;

    C.  Defendant's List of Attorneys Involved in the Case;

    D.  Defendant's Index of Documents;

        1.  State Court Docket Sheet;

        2.  Plaintiff's Original Petition, filed March 1, 2021;

        3.  Citation and Return of Service; and

        4.  Defendant's Original Answer.

Respectfully submitted,

**FLETCHER, FARLEY, SHIPMAN
 & SALINAS, L.L.P.**


*/s/ Jeffrey D. Smith*
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JEFFREY D. SMITH**
State Bar No. 24063008
Email: jeffrey.smith@fletcherfarley.com
**MATTHEW B. SKIDMORE**
State Bar No. 24106941
Email: matthew.skidmore@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (telecopier)

**ATTORNEYS FOR DEFENDANT
FITNESS INTERNATIONAL, LLC**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 5th day of April, 2021.


*/s/ Jeffrey D. Smith*
**JEFFREY D. SMITH**



**A**

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

RICKY R. FOWLER

**DEFENDANTS**

FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS

**(b)** County of Residence of First Listed Plaintiff   Dallas County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Orange County, California
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

I. Scott Lidji, The LIDJI Firm, 10440 N. Central Expwy., Ste. 1240, Dallas, Texas, 75231, 972-223-7455

Attorneys *(If Known)*

Jeffrey D. Smith, Fletcher Farley Shipman & Salinas, LLP, 9201 N. Central Expwy., 6th Fl., Dallas, Texas, 75231, 214-987-9600

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 | U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441, and 1446
Brief description of cause:
This lawsuit involves a controversy between citizens of different states.  Defendant is a citizen of California.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
04/05/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**B**

Supplemental Civil Cover Sheet
Page **1** of **2**

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 14th Judicial District Court, Dallas County, Texas | DC-21-02584 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff Ricky R. Fowler | I. Scott Lidji, State Bar No. 24000336, The LIDJI Firm, 10440 |
   | | N. Central Expwy., Ste. 1240, Dallas, TX, 75231, 972-223-7455 |
   | Defendant Fitness International, LLC d/b/a LA Fitness | Jeffrey D. Smith, State Bar No. 24063008, Fletcher Farley |
   | | Shipman & Salinas, LLP, 9201 N. Central Expwy., 6th Fl., |
   | | Dallas, TX, 75231, 214-987-9600 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☑ Yes      ☐ No

   If "*Yes,*" by which party and on what date?

   | Plaintiff Ricky R. Fowler | 03/01/2021 |
   |---|---|
   | Party | Date |

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

   Was an Answer made in State Court?  ☑ Yes          ☐ No

   If "*Yes*," by which party and on what date?

   | Defendant Fitness International, LLC d/b/a LA Fitness | 03/26/2021 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Plaintiff asserts a premises liability claim against Defendant for injuries allegedly sustained on July 27, 2020. |

C

CVC.25752

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **RICKY R. FOWLER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO.** _3:21-cv-778_____ |
| | § | |
| **FITNESS INTERNATIONAL, LLC** | § | |
| **d/b/a LA FITNESS,** | § | |
| **Defendant.** | § | |

## DEFENDANT FITNESS INTERNATIONAL, LLC'S
## LIST OF ATTORNEYS INVOLVED IN THE CASE

Defendant **FITNESS INTERNATIONAL, LLC** ("Defendant") files this List of

Attorneys Involved in the Case.

**Attorneys for Plaintiff Ricky R. Fowler**
I. Scott Lidji
State Bar No. 24000336
scott@thelidjifirm.com
Mary Jo R. Betzen
State Bar No. 24089054
maryjo@thelidjifirm.com
**THE LIDJI FIRM**
Meadow Park Tower
10440 N. Central Expwy., Ste. 1240
Dallas, TX 75231
Phone: 800-BAD-PILL (972-223-7455)
Fax: 214-753-4751
Firm Email: legal@thelidjifirm.com
Firm Website: www.badpill.com

**Attorneys for Defendant Fitness International, LLC d/b/a LA Fitness**
Douglas D. Fletcher
State Bar No. 07139500
doug.fletcher@fletcherfarley.com
Jeffrey D. Smith
State Bar No. 24063008
jeffrey.smith@fletcherfarley.com
Matthew B. Skidmore
State Bar No. 24106941
matthew.skidmore@fletcherfarley.com
**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
Office:  (214) 987-9600 (office)
Fax:  (214) 987-9866

Respectfully submitted,

**FLETCHER, FARLEY, SHIPMAN
 & SALINAS, L.L.P.**

*/s/ Jeffrey D. Smith*
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JEFFREY D. SMITH**
State Bar No. 24063008
Email: jeffrey.smith@fletcherfarley.com
**MATTHEW B. SKIDMORE**
State Bar No. 24106941
Email: matthew.skidmore@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
Office:  (214) 987-9600
Fax:  (214) 987-9866

**ATTORNEYS FOR DEFENDANT
FITNESS INTERNATIONAL, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 5th day of April, 2021.


/s/ Jeffrey D. Smith
**JEFFREY D. SMITH**

**D**

1

## Case Information

DC-21-02584 | RICKY R FOWLER vs. FITNESS INTERNATIONAL, LLC

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-02584 | 14th District Court | MOYE', ERIC |
| File Date | Case Type | Case Status |
| 03/01/2021 | PROPERTY | OPEN |

## Party

PLAINTIFF
FOWLER, RICKY R

Active Attorneys ▾
Lead Attorney
LIDJI, I SCOTT
Retained

DEFENDANT
FITNESS INTERNATIONAL, LLC

Address
REGISTERED AGENT CT CORPORATION
818 WEST 7TH STREET, SUITE 930
LOS ANGELES CA 90017

Active Attorneys ▾
Lead Attorney
SMITH, JEFFREY D
Retained

## Events and Hearings

| 03/01/2021 NEW CASE FILED (OCA) - CIVIL |
|---|

03/01/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

03/01/2021 ISSUE CITATION ▾

ISSUE CITATION - FITNESS INTERNATIONAL, LLC

03/03/2021 CITATION ▾

Served
03/08/2021

Anticipated Server
ESERVE

Actual Server
OUT OF STATE

Returned
03/11/2021
Comment
FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS

03/11/2021 RETURN OF SERVICE ▾

CITATION WITH AFFIDAVIT OF SERVICE

Comment
AFFIDAVIT OF SERVICE-EXECUTED CITATION- FITNESS INTERNATIONAL LLC

03/26/2021 ORIGINAL ANSWER - GENERAL DENIAL ▾

DEF. FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS' ORIG ANS

## Financial

FOWLER, RICKY R

| | | |
|---|---|---:|
| Total Financial Assessment | | $300.00 |
| Total Payments and Credits | | $300.00 |

| | | | | |
|---|---|---|---|---:|
| 3/1/2021 | Transaction Assessment | | | $300.00 |
| 3/1/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 12141-2021-DCLK | FOWLER, RICKY R | ($300.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - FITNESS INTERNATIONAL, LLC

CITATION WITH AFFIDAVIT OF SERVICE

DEF. FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS' ORIG ANS

**2**

FILED
3/1/2021 12:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Kayla Buckley DEPUTY

CAUSE NO. DC-21-02584 _____

| | | |
|---|---|---|
| **RICKY R. FOWLER** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| | § | |
| **FITNESS INTERNATIONAL, LLC** | § | |
| **D/B/A LA FITNESS** | § | |
| | § | 14th |
| **Defendant,** | § | _____ **JUDICIAL DISTRICT** |

### Plaintiff's Original Petition And Requests for Disclosure

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, RICKY R. FOWLER, complaining of Defendant, FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS and for cause of action would show unto the Court the following:

## I.
## PARTIES AND SERVICE

Plaintiff

1.     Plaintiff, RICKY R. FOWLER is a resident of Dallas, Texas.

Defendant

1.1     Defendant, FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS is a corporation authorized to conduct business in the State of Texas and may be served with process by serving its registered agent: CT CORPORATION, 818 West Seventh Street, Suite 930, Los Angeles, California, 90017.

### SERVICE OF THIS DEFENDANTS IS REQUESTED AT THIS TIME

## II.
## JURISDICTION AND VENUE

**PLAINTIFF'S ORIGINAL PETITION & REQUESTS FOR DISCLOSURE**
**PAGE 1**

2.1     This Court has jurisdiction over the Defendant as it conducts business in the State of Texas and the amount in controversy exceeds the minimum jurisdictional limit of this Court. Venue is proper in Dallas County, Texas under the Texas Civil Practices and Remedies Code §15.002 as FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS has numerous locations throughout the Dallas County, Texas area.

### III.
### FACTS

3.1     On July 27, 2020, RICKY R. FOWLER was a business invitee of FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS, located at 4540 W. Mockingbird Lane, Dallas, Texas 75209.

3.2     On July 27, 2020, the Plaintiff, a member of Defendant's establishment was working out on the "stationary bike" when the stationary bike, which was not secured to the ground, fell and the Plaintiff was throw into the air and when he landed, sustained severe injuries.   FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS has refused to investigate and process Plaintiff's claim, forcing Plaintiff to file suit to protect her rights.

3.3     As a result of the Defendant's negligent conduct as well as failing to maintain safe and secure workout equipment that is anchored to the floor resulted in Plaintiff's injury.   Defendant was in complete control of the flooring in question.

3.4      Consequently, Plaintiff suffered serious bodily injury as a result of the improperly installed and improperly secured "stationary bike" in question which was proximately caused by the dangerous condition of the unsafe and wet floors.

3.5     The Defendant was negligent in its supervision and training of the employee(s) who was responsible for installing, maintaining and inspecting the gym equipment to ensure it is safe to

operate.

## IV.
## PREMISES LIABILITY

4.1     Plaintiff was a business invitee on the premises in question.

4.2     FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS is the owner of the property and stationary bike in question where the incident which forms the basis of this lawsuit occurred.

4.3     The condition of the improperly anchored stationary bike created a dangerous condition on said premises.

4.4     Defendant knew or reasonably should have known that not anchoring a stationary bike creates a dangerous condition on said premises.

4.5     Defendant owed a duty to Plaintiff as a business invitee to warn of said dangerous condition and to make the dangerous condition safe.  Defendant breached this duty by failing to warn and failing to make safe this dangerous condition.

4.6     Said breach of duty by Defendant proximately caused the Plaintiff's injuries complained of herein.

## V.
## DAMAGES OF PLAINTIFF

5.1     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was injured.  Plaintiff demands compensation for the following damages.

1.      Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

**PLAINTIFF'S ORIGINAL PETITION & REQUESTS FOR DISCLOSURE**
**PAGE 3**

2.      Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

3.      Physical pain and suffering and mental anguish in the past;

4.      Physical pain and suffering and mental anguish which, in all reasonable probability, will be suffered in the future;

5.      Physical impairment;

6.      Physical disfigurement;

7.      Loss of earning capacity in the past and future;

8.      Loss of household services;

9.      By reason of all of the above, Plaintiff, has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## VI.
## PLAINTIFF'S DAMAGES - RULE 47

6.1.      Plaintiff refers to all the preceding and subsequent pleadings in this petition and incorporated herein by this reference for all purposes.

6.1.      Pursuant to the provisions of Rule 47 of the Texas Rules of Civil Procedure, Plaintiff alleges that the damages sought by Plaintiff are within the jurisdictional limits of the Court and Plaintiff seeks monetary relief over $250,000.00 and less than $1,000,000.00.  Plaintiff further alleges that any award for damages is ultimately left to the purview of the jury.   Therefore, Plaintiff seeks judgment for all other relief to which Plaintiff may be entitled.

6.3      As a direct and proximate result of the wrongful conduct of Defendant, as alleged herein, Plaintiff has sustained both property damages as well as medical injuries, including past and future pain and suffering, past and future lost wages, and economic damages.

**PLAINTIFF'S ORIGINAL PETITION & REQUESTS FOR DISCLOSURE**
**PAGE 4**

## VII.
## REQUEST FOR DISCLOSURE

7.1     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests Defendant to disclose within fifty (50) days of service of this request, the information and material described in Rule 194.  Plaintiff further requests that the responding parties produce the responsive documents at The LIDJI Firm in fifty (50) days of service of this request.  This Request was initially served on Defendant with Plaintiff's Original Petition.

## VIII.
## JURY DEMAND

8.1     Plaintiff requests a trial by jury in this matter.

## IX.
## DOCUMENTS TO BE USED

9.1     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff intends to use all documents exchanged and/or produced between, by, or among any parties in this matter, including but not limited to, correspondence, discovery responses, and records (obtained via depositions upon written questions, by subpoena, by affidavit, or otherwise), during the trial of the above-entitled and numbered cause.  Moreover, Defendant is put on notice not to destroy any evidence, including, but not limited to reports, files, inter-office emails, intra-office emails, emails from the store from the corporate office, and/or any communication whatsoever related to the defective gas nozzle that resulted in the Plaintiff's incident on July 27, 2020.  Furthermore, this notice includes preserving any and all videotape surveillance of the incident in question as well as any evidence related to the relocation of the fall in question.

## X.
## PRAYER

**PLAINTIFF'S ORIGINAL PETITION & REQUESTS FOR DISCLOSURE**
**PAGE 5**

WHEREFORE PREMISES CONSIDERED, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

a.  Judgment against Defendant for damages as pled or otherwise, both general and special;

b.  Pre-judgment and post-judgment legal interest as provided by law;

c.  Past and future reasonable medical expenses;

d.  Past and future pain and suffering and mental anguish;

e.  Past and future physical impairment;

f.  Past and future physical disfigurement;

g.  Past and future lost wages and earning capacity;

h.  Costs of court; and

i.  Such other and further relief, both general and special, at law or in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

**The LIDJI Firm**

*/s/ I. Scott Lidji*
I. SCOTT LIDJI
Texas Bar No. 24000336
scott@thelidjifirm.com
MARY JO R. BETZEN
SBN: 24089054
maryjo@thelidjifirm.com
Meadow Park Tower
10440 N. Central Expressway
Suite 1240
Dallas, Texas 75231
legal@thelidjifirm.com
Toll Tel:  (800) BAD-PILL

**PLAINTIFF'S ORIGINAL PETITION & REQUESTS FOR DISCLOSURE**
**PAGE 6**

Toll Fax: (844) BAD-PILL
(Tel)      (972) BAD-PILL; (972) 223-7455
(Fax)      (214) 753-4751
Website: BADPILL.COM
**ATTORNEYS FOR PLAINTIFF**

3

FILED
3/11/2021 10:30 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**ESERVE**

**CITATION**

**To:**   **FITNESS INTERNATIONAL, LLC D/B/A LA FITNESS**
**BY SERVING REGISTERED AGENT, CT CORPORATION**
**818 WEST 7ᵀᴴ STREET SUITE 930**
**LOS ANGELES CALIFORNIA 90017**

**DC-21-02584**

RICKY R FOWLER
vs.
FITNESS INTERNATIONAL, LLC

### GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICKY R FOWLER**

Filed in said Court **1st day of March, 2021** against

### FITNESS INTERNATIONAL, LLC

For Suit, said suit being numbered **DC-21-02584**, the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition & **REQUEST FOR DISCLOSURE,**
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 3rd day of March, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        ANGELA CONEJO



SERVICE RETURN ATTACHED

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

**ISSUED THIS**
**3rd day of March, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**I SCOTT LIDJI**
**THE LIDJI FIRM**
**10440 N CENTRAL EXPY, STE 1240**
**DALLAS TEXAS 75231**
**972-223-7455**
scott@thelidjifirm.com
LEGAL@thelidjifirm.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No.: DC-21-02584

Court No.14th District Court

Style: RICKY R FOWLER

vs.

FITNESS INTERNATIONAL, LLC

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of _____ County, _____ | |
| For Notary | $_____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

Notary Public _____ County _____

SERVICE RETURN ATTACHED

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Dallas**                    **134th Judicial District Court**

Case Number: DC-21-02584

Plaintiff:
**Ricky R. Fowler**
vs.
Defendant:
**Fitness International, LLC D/B/A LA Fitness**

For: The LIDJI Firm

Received by Austin Process LLC on the 5th day of March, 2021 at 2:03 pm to be served on **Fitness International, LLC D/B/A LA Fitness By serving Registered Agent, CT Corporation, 818 West 7th Street, Suite 930, Los Angeles, Los Angeles County, CA 90017. I,** ___Tamar___ ___Ravi d___ **, being duly sworn, depose and say that on the** ___9th___ **day of** ___March___ **, 2021 at** ___1:38___ **p.m., executed service by delivering a true copy of the Citation, Plaintiff's Original Petition and Request for Disclosure in accordance with state statutes in the manner marked below:**

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named
agency at _____ .

( ) SUBSTITUTE SERVICE: By serving _____ as
_____ at _____ .

(✓) CORPORATE SERVICE: By serving ___Gabriella Sanchez___ as
___Authorized Agent___ at ___818 West Seventh Street #930 Los Angeles.___
___CA 90017___

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____ at _____ .

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

___Tamar Ravid___

My name is ___Tamar Ravid___ , my
date of birth is ___03/15/1964___ and my
address is ___3622 Glendon Ave. #1 Zip Los___
___Angeles, CA 90034___ (County).
I declare under penalty of perjury that the above is
true and correct. Executed in, ___Los Angeles___
County, State of California, on the ___9th___ day of
___March___ , 2021.

___Tamar Ravid___ Declarant

PROCESS SERVER # ___5962___
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2021001544
Ref: Fowler v. Fitness International, LLC

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

**4**

FILED
3/26/2021 10:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

CVC.25752

## CAUSE NO. DC-21-02584

CAROLYN SELLERS D

| | | |
|---|---|---|
| **RICKY R. FOWLER,** | § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | **14TH JUDICIAL DISTRICT** |
| | § | |
| **FITNESS INTERNATIONAL, LLC** | § | |
| **d/b/a LA FITNESS,** | § | |
| **Defendant.** | § | **DALLAS COUNTY, TEXAS** |

### DEFENDANT'S ORIGINAL ANSWER

**COMES NOW FITNESS INTERNATIONAL, LLC d/b/a LA Fitness**, Defendant in the above entitled and numbered cause, and files this its Original Answer and for same would respectfully show unto the Court as follows:

### I.
### General Denial

Defendant denies, each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that Plaintiff take nothing by this suit, that Defendant be awarded its costs, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY, SHIPMAN
 & SALINAS, L.L.P.**


*/s/ Jeffrey D. Smith*
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JEFFREY D. SMITH**
State Bar No. 24063008
Email: jeffrey.smith@fletcherfarley.com
**MATTHEW B. SKIDMORE**
State Bar No. 24106941
Email: matthew.skidmore@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (telecopier)

**ATTORNEYS FOR DEFENDANT
FITNESS INTERNATIONAL, LLC**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied, electronically served or hand delivered to all attorneys of record, in compliance with Rule 21a. of the Texas Rules of Civil Procedure, on this the 26th day of March, 2021.


*/s/ Jeffrey D. Smith*
**JEFFREY D. SMITH**

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Gloria Hernandez on behalf of Jeffrey Smith
Bar No. 24063008
gloria.hernandez@fletcherfarley.com
Envelope ID: 51864936
Status as of 3/26/2021 10:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Legal Lidji | | legal@thelidjifirm.com | 3/26/2021 10:38:35 AM | SENT |
| Rosa Lavin | | rosa.lavin@fletcherfarley.com | 3/26/2021 10:38:35 AM | SENT |
| Jeffrey Smith | | jeffrey.smith@fletcherfarley.com | 3/26/2021 10:38:35 AM | SENT |
| Matthew B.Skidmore | | matthew.skidmore@fletcherfarley.com | 3/26/2021 10:38:35 AM | SENT |
| Gloria Hernandez | | gloria.hernandez@fletcherfarley.com | 3/26/2021 10:38:35 AM | SENT |